# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gardner, Leslie A. | United States District Court, Middle District of Georgia | 05/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

C. B. King Federal Courthouse
201 W. Broad Ave
Albany, GA 31701

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Albany Museum of Art |
| 2. Board Member | Leadership Albany |
| 3. Board Member | Boys & Girls Clubs of Albany, GA |
| 4. Board Member | Foundation of the Methodist Home of the South Georgia Conference, Inc. |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, Leslie A. | 05/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed (motivational speaker) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover | Personal Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gardner, Leslie A.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. BANK OF AMERICA (cash) | A | Interest | J | T | | | | | |
| 3. NAVY FEDERAL CREDIT UNION (cash) | A | Interest | M | T | | | | | |
| 4. BROKERAGE #1 (H) | | | | | | | | | |
| 5. BANK OF AMER/ML BANK DEPOSIT PROG (cash) | A | Interest | K | T | | | | | |
| 6. WELLPOINT INC GLB 03.300% JAN 15 2023 (94973VBA4) | A | Interest | K | T | | | | | |
| 7. AMERIPRISE FINANCIAL INC GLB 04.000% OCT 15 2023 (03076CAF3) | A | Interest | K | T | | | | | |
| 8. CATERPILLAR FINANCIAL SE SER MTN 03.750% NOV 24 2023 (14912L5X5) | A | Interest | K | T | | | | | |
| 9. ADOBE INC (ADBE) | | None | J | T | | | | | |
| 10. ALIBABA GROUP HOLDING LT (BABA) | | None | J | T | Buy | 02/12/19 | J | | |
| 11. ALPHABET INC SHS CL A (GOOGL) | | None | J | T | Buy | 10/24/19 | J | | |
| 12. AMAZON COM INC (AMZN) | | None | J | T | | | | | |
| 13. AMGEN INC (AMGN) | A | Dividend | | | Sold | 05/31/19 | J | | |
| 14. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 15. AUTODESK INC DEL PV (ADSK) | | None | J | T | Buy | 02/13/19 | J | | |
| 16. BOEING COMPANY (BA) | A | Dividend | J | T | Buy | 02/12/19 | J | | |
| 17. BROADCOM LTD (AVGO) | A | Dividend | J | T | Buy | 01/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gardner, Leslie A.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CISCO SYSTEMS INC (CSCO) | A | Dividend | | | Sold | 10/24/19 | J | | |
| 19. HOME DEPOT (HD) | A | Dividend | J | T | | | | | |
| 20. INTUITIVE SURGICAL (ISRG) | | None | J | T | | | | | |
| 21. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 22. LAUDER ESTEE COS (EL) | A | Dividend | | | Sold | 01/15/19 | J | | |
| 23. MASTERCARD INC (MA) | A | Dividend | J | T | | | | | |
| 24. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 25. MERCK AND CO INC SHS (MRK) | A | Dividend | J | T | Buy | 02/13/19 | J | | |
| 26. MICROSOFT CORP (MSFT) | A | Dividend | J | T | | | | | |
| 27. O'REILLY AUTOMOTIVE (ORLY) | | None | J | T | | | | | |
| 28. PFIZER INC (PFE) | A | Dividend | | | Sold | 10/24/19 | J | | |
| 29. SALESFORCE.COM (CRM) | | None | J | T | | | | | |
| 30. THERMO FISHER SCIENTIFIC INC (UNH) | A | Dividend | J | T | Buy | 10/24/19 | J | | |
| 31. SANOFI ADR (SNY) | | None | | | Sold | 02/13/19 | J | | |
| 32. UNITEDHEALTH GROUP INC (UNH) | A | Dividend | J | T | | | | | |
| 33. VERIZON COMMUNICATNS COM (VZ) | A | Dividend | J | T | | | | | |
| 34. XILINX INC (XLNX) | A | Dividend | | | Buy | 03/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gardner, Leslie A.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/20/19 | J | | |
| 36. INVESCO QQQ TR SER 1 (QQQ) | A | Dividend | J | T | | | | | |
| 37. ISHARES RUSSELL 1000 GROWTH (IWF) | A | Dividend | J | T | | | | | |
| 38. ISHARES RUSSELL 1000 VALUE (IWD) | A | Dividend | J | T | | | | | |
| 39. ISHARES RUSSELL MIDCAP GROWTH (IWP) | A | Dividend | J | T | | | | | |
| 40. ISHARES 20+ YEAR TREASURY BOND ETF (TLT) | A | Dividend | J | T | Buy | 05/31/19 | J | | |
| 41. SPDR DOW JONES INDUST AV ETF TRUST (DIA) | A | Dividend | J | T | | | | | |
| 42. SPDR S&P 500 ETF TRUST (SPY) | A | Dividend | J | T | | | | | |
| 43. BROKERAGE #2 (H) | | | | | | | | | |
| 44. BANK OF AMER/ML BANK DEPOSIT PROG (cash) | B | Interest | O | T | | | | | |
| 45. ISA SANTANDER BK, NA (cash) | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie A. Gardner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544